IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV454

KENNETH W. FULLER                    )
                 Plaintiff,          )
                                     )
v.                                   )                    **ORDER**
                                     )
CSX TRANSPORTATION, INC.             )
                 Defendant.          )


 **THIS MATTER** is before the Court upon the motion of Plaintiff to allow C. Arthur Rutter, III  to appear *Pro Hac Vice*, filed June 8, 2005.

 Upon careful review and consideration, this Court will grant Plaintiff's Application.

 In accordance with Local Rule 83.1, C. Arthur Rutter, III is directed to pay the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court within ten (10) days of the filing of this Order.


 **IT IS SO ORDERED.**

**Signed: June 13, 2005**

Graham C. Mullen
Chief United States District Judge