IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV454

| | |
|---|---|
| KENNETH W. FULLER,<br><br>                             Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br>                             Defendant. | **ORDER** |

      **THIS MATTER** is before the Court upon the motion of Plaintiff Kenneth W. Fuller to allow Walton Everett Lupton to appear *Pro Hac Vice*, filed August 11, 2005.

      Upon careful review and consideration, this Court will grant Plaintiff's Application.

      In accordance with Local Rule 83.1 (B), the Court notes that Mr. Fuller has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

      **IT IS SO ORDERED.**

**Signed: August 17, 2005**

Graham C. Mullen
Chief United States District Judge